AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Orlin Cruz Lemus, formerly Ana Lemus <br> *Plaintiff* <br> v. <br> District of Columbia International Charter School <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 20cv3839 (RCL) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

☑ **other:** Judgment is entered in favor of the Defendant and the Hearing Officer's October 6, 2020 determination is AFFIRMED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Royce C. Lamberth on a motion for Summary Judgment.

Date: 03/28/2023

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*